■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERARD WILLIAM PRAETZ, Appellant.—Appeal by defendant from a judgment of the County Court, Dutchess County (Aldrich, J.), rendered December 8, 1981, convicting him of assault in the second degree (two counts), and resisting arrest, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Defendant's claims of ineffective assistance of counsel do not warrant reversal since neither inadequacy nor ineffectiveness was demonstrated; nor could defense counsel be described as lacking reasonable competence *(see, People v Baldi,* 54 NY2d 137). Moreover, the trial court did not err in refusing to charge the jury with assault in the third degree as a lesser

included offense since assault in the second degree pursuant to Penal Law § 120.05 (3) requires proof only of an intent to prevent a peace officer from performing a lawful duty and does not require proof of intent to cause physical injury, an essential element of assault in the third degree *(People ex rel. Gray v Tekben,* 57 NY2d 651, *affg* 86 AD2d 176; *People v Lett,* 67 AD2d 1077). Brown, J. P., Rubin, Lawrence and Kooper, JJ., concur.